NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALL.SPACE NETWORKS LTD., fka Isotropic Systems, Ltd.,**
*Appellant*

**v.**

**MATSING, INC.,**
*Appellee*

---

2024-1447

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01108.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                      ALL.SPACE NETWORKS LTD. v. MATSING, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

June 28, 2024                          Jarrett B. Perlow
    Date                                Clerk of Court

**ISSUED AS A MANDATE:** June 28, 2024